FILED

2008 Feb-12  PM 02:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

| | | |
|---|---|---|
| **ALEX CONNER,** | **)** | |
| | **)** | |
| **Petitioner,** | **)** | |
| | **)** | |
| **vs.** | **)** | **Civil Action No.  CV 05-S-362-W** |
| | **)** | |
| **RALPH HOOKS, Warden;** | **)** | |
| **ATTORNEY GENERAL FOR** | **)** | |
| **THE STATE OF ALABAMA,** | **)** | |
| | **)** | |
| **Respondents.** | **)** | |

## MEMORANDUM OF OPINION

The magistrate judge filed findings and recommendation on January 4, 2008, recommending that the petition for writ of habeas corpus be denied.  On January 17, 2008 petitioner filed objections to the findings and recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the findings and recommendation and the objections filed by the petitioner, the Court is of the opinion that the magistrate judge's findings are due to be, and hereby are, ADOPTED, and his recommendation is ACCEPTED. Accordingly, petitioner's objections are due to be OVERRULED and the petition for writ of habeas corpus is due to be  DENIED.  A Final Judgment will be entered.

DONE this 12th day of February, 2008.

United States District Judge